Walter R. Dahl, CSB No. 102186 [wdahl@DahlLaw.net]
Candy Dahl, CSB No. 186031 [cdahl@DahlLaw.net]
Andrew Brian Reisinger, CSB No. 277472 [abreisinger@DahlLaw.net]
**DAHL & DAHL, ATTORNEYS AT LAW**
2304 "N" Street
Sacramento, CA 95816-5716
Telephone: (916) 446-8800
Telecopier: (916) 446-1634

Steven T. Spiller, CSB No. 69429 [sspiller@nccn.net]
Spiller • McProud
505 Coyote Street
Nevada City, CA 95959
Telephone:  530 265-5831
Telecopier:  530 265-5836

Attorneys for Plaintiff Spiller • McProud

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | District Court Case No.: |
| CWS Enterprises, Inc., a California corporation, | 2:12-cv-00142-KJM |
| Debtor. | |
| Spiller•McProud, | Bankr. Ct. Case No.: 09-26849-C-11 |
| Appellant, | Adv. Proc. No.: 10-02226-C |
| v. | |
| CWS Enterprises, Inc., a California corporation, David D. Flemmer, Chapter 11 Trustee, and Charles W. Siller, | |
| Appellees. | |
| and consolidated appeals & cross-appeals | |

**NOTICE OF READINESS FOR ORAL ARGUMENT**

Spiller•McProud ("Appellant") hereby gives notice to the court that the above-referenced consolidated appeals and cross-appeals have been fully briefed pursuant to the stipulated briefing schedule granted by the court by minute order on or about August 30, 2012 [Appeal Docket Item No. 9], as modified by amendment of briefing schedule granted by the court by minute order on or about October 5, 2012 [Appeal Docket Item No. 13], and the matter is ready for oral argument.

Dated:  November 27, 2012          DAHL & DAHL
                                                ATTORNEYS AT LAW

                                                By:  /s/   Walter R. Dahl
                                                          Walter R. Dahl
                                                Attorneys for Spiller•McProud