| | |
|---|---|
| BENBROOK LAW GROUP<br>BRADLEY A. BENBROOK (SBN 177786)<br>400 Capitol Mall, Suite 2530<br>Sacramento, CA 95814<br>Telephone: (916) 447-4900<br>Facsimile: (916) 447-4904<br><br>DLA PIPER LLP (US)<br>DAVID A. CHEIT (SBN 121379)<br>400 Capitol Mall, Suite 2400<br>Sacramento, CA 95814<br>Telephone: (916) 930-3200<br>Facsimile: (916) 930-3201<br><br>Special Counsel for Appellee and<br>Cross-Appellant David Flemmer,<br>Chapter 11 Trustee | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re CWS Enterprises, Inc., a California Corporation,<br><br>  Debtor,<br>――――――――――――――――――<br>Spiller McProud,<br><br>  Appellant,<br>v.<br><br>CWS Enterprises, Inc., a California Corporation, David D. Flemmer, Chapter 11 Trustee, and Charles W. Siller,<br><br>  Appellees.<br>――――――――――――――――――<br>And consolidated appeals and cross-appeals | Case No.: CIV S-12-0142 KJM<br><br>Bankr. Court Case No. 09-26849-C-11<br><br>Adv. Proc. Case No. 10-02226-C<br><br>**STIPULATION AND ORDER FOR DISBURSEMENT FROM AND CLOSING OF BLOCKED ACCOUNT** |

Hank M. Spacone, Plan Administrator ("Spacone") as successor to David D. Flemmer ("Flemmer"), and Spiller McProud, Attorneys at Law ("Spiller McProud"), by and between their respective attorneys, stipulate and agree as follows:

///

―――

1727314.2     STIPULATION AND ORDER FOR PAYMENT FROM BLOCKED ACCOUNT
Case No. CIV S-12-0142 KJM

| | |
|---|---|
| 1 | **RECITALS** |
| 2 | 1. This Court entered an order on September 17, 2014, and a judgment on September |
| 3 | 30, 2014 (the "Order and Judgment"), in the above-referenced appeal from the bankruptcy court |
| 4 | (the "Bankruptcy Case"). Flemmer, as Chapter 11 Trustee initially and subsequently as Plan |
| 5 | Administrator, appealed on behalf of CWS Enterprises, Inc. ("CWS") the Order and Judgment to |
| 6 | the Ninth Circuit Court of Appeals. |

# RECITALS

1. This Court entered an order on September 17, 2014, and a judgment on September 30, 2014 (the "Order and Judgment"), in the above-referenced appeal from the bankruptcy court (the "Bankruptcy Case"). Flemmer, as Chapter 11 Trustee initially and subsequently as Plan Administrator, appealed on behalf of CWS Enterprises, Inc. ("CWS") the Order and Judgment to the Ninth Circuit Court of Appeals.

2. As authorized by the parties' stipulation and an order entered by this Court on December 19, 2014 [Docket Item No. 48], Flemmer on behalf of CWS ultimately established a blocked account holding $3 million as security (the "Blocked Account") in lieu of posting a supersedeas bond pending the appeal (the "Blocked Account Order").

3. On September 13, 2017, the Ninth Circuit Court of Appeals affirmed the Order and Judgment. The mandate issued on October 6, 2017.

4. Spacone and Spiller McProud now desire to access the $3 million in the Blocked Account for payment by Spacone on behalf of CWS to Spiller McProud toward the total amount due to Spiller McProud under the Third Amended Plan of Reorganization (the "Plan") confirmed in the Bankruptcy Case.

5. Spiller McProud is establishing an escrow account at First American Title to accommodate payment of the amount due to it (the "Escrow Account").

6. The parties have agreed to stipulate as set forth below.

# STIPULATION

The Blocked Account Order should be amended to allow disbursement by Spacone, on behalf of CWS, of the $3 million being held in the Blocked Account, plus interest if any, into the Escrow Account to facilitate payment of amounts due to Spiller McProud, and Spacone shall thereafter close the Blocked Account.

1727314.2

Dated: November 9, 2017           BENBROOK LAW GROUP, PC

By */s/ Bradley A. Benbrook*
   BRADLEY A. BENBROOK
   brad@benbrooklawgroup.com
   Attorney for Hank M. Spacone, Plan
   Administrator

Dated: November 9, 2017           DAHL LAW, ATTORNEYS AT LAW

By */s/ Walter R. Dahl*
   WALTER R. DAHL
   wdahl@dahllaw.net
   Attorneys for Spiller McProud, Attorneys At
   Law

**ORDER**

1. The Blocked Account Order is hereby amended to allow disbursement by Hank M. Spacone, Plan Administrator, on behalf of CWS of the $3 million being held in the Blocked Account, plus interest if any, into the Escrow Account to facilitate payment of amounts due to Spiller McProud.

2. Hank M. Spacone, Plan Administrator, shall thereafter close the Blocked Account.

DATED: November 9, 2017.

_____
UNITED STATES DISTRICT JUDGE

1727314.2